No. 02–8773.  FITZGERALD v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 02–8778.  COOLEY v. WALTERS, SUPERINTENDENT, STATE REGIONAL CORRECTIONAL FACILITY AT MERCER.  C. A. 3d Cir.  Certiorari denied.

No. 02–8787.  EANES v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 02–8794.  EFORD v. HOOKS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–8795.  DUC CANH PHAN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–8828.  ALMODOVAR v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–8852.  ODUOK v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 02–8861.  RICE v. UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–8893.  MILLER v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 02–8958.  WILSON v. BATTLES, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 02–8973.  PACK v. RUMSFELD, SECRETARY OF DEFENSE.  C. A. 7th Cir.  Certiorari denied.

No. 02–9031.  WOODFIN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–9034.  HALL v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.